UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. JOSEPH A. GREENAWAY, Jr. |
| | : | CRIMINAL NO. 09-45 (JAG) |
| V. | : | **CONSENT ORDER** |
| ANDRE BUDHAN | : | |

This matter having been opened to the Court by the defendant, Andre Budhan, by his attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, and the government having no objections to Pretrial Services recommendation, and consent to the form of this Order, and for good cause shown;

It is on this 14th day of July, 2009,

ORDERED that the Conditions of Release entered on March 9, 2009 is modified to reflect that Mr. Budhan shall no longer be subject to the condition of twenty-four hour house arrest with electric monitoring;

IT IS FURTHER ORDERED that all other conditions of release previously ordered shall remain in full force.

_____
JOSEPH A. GREENAWAY, Jr.
UNITED STATES DISTRICT COURT JUDGE