UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DENIS M. CAVANAUGH |
| | : | CRIMINAL NO. 09-45 (DMC) |
| | : | |
| V. | : | **CONSENT ORDER** |
| | : | |
| | : | |
| | : | |
| ANDRE BUDHAN | : | |

This matter having been opened to the Court by the defendant, Andre Budhan, by his attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, with the government's consent, and for good cause shown;

It is on this  2  day of June, 2010,

ORDERED that Mr. Budhan is granted permission to seek and obtain employment in the aviation industry, except to serve as a pilot and/or flight instructor;

IT IS FURTHER ORDERED that should Mr. Budhan obtain such employment in the aviation industry said employment is conditioned upon a written acknowledgment by the employer that it is aware of the substance of the allegations contained in Mr. Budhan's indictment and of Mr. Budhan's plea of guilty as described by either the United States Attorney's Office for the District of New Jersey or United States Pretrial Office;

All other conditions of release previously ordered shall remain in full force.

DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT JUDGE

I hereby consent to the form
and entry of the above Order.

PAUL J. FISHMAN
United States Attorney

By: Scott B. McBride
Assistant U.S. Attorney

K. Anthony Thomas
Assistant Federal Public Defender