UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | HON. DENIS M. CAVANAUGH |
| | CRIMINAL NO. 09-45 (DMC) |
| V. | |
| | **TEMPORARY RETURN** |
| | **OF PASSPORT** |
| ANDRE BUDHAN | |

This matter having been opened to the Court by the defendant, Andre Budhan, by his attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, with the government having no objections to this form of order, and for good cause shown;

It is on this 11 day of March, 2011,

ORDERED the release of Mr. Budhan's Guyanese's passport for the purpose of its renewal;

IT IS FURTHER ORDERED that Mr. Budhan shall provide proof of deposit of his passport to the Guyanese Consulate no later 24 hours after receipt of his passport from Pretrial Services;

IT IS FURTHER ORDERED that Mr. Budhan shall notify Pretrial Services immediately of being informed that his new passport is available, and that Mr. Budhan shall surrender said passport within the same day he receives his passport.

All other conditions of release previously ordered shall remain in full force.

_____
DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT JUDGE