UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :    HON. DENNIS M. CAVANAUGH
:    CRIMINAL NO. 09-45 (DMC)
:
V.                            :
:         **AMENDED**
:    **JUDGMENT OF CONVICTION**
:
ANDRE BUDHAN                 :

This matter having been opened to the Court by the defendant, Andre Budhan, by

his attorney, K. Anthony Thomas, Esq., Assistant Federal Public Defender, with the

government having not objections to this form of order, and for good cause shown;

It is on this 9 day of December, 2011, 2012

ORDERED that Mr. Budhan's monthly restitution installment payment is

reduced to $50.00 per month.

_____
DENNIS M. CAVANAUGH
UNITED STATES DISTRICT COURT JUDGE